**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ONTARIO MOSELEY**                                                                       **PLAINTIFF**

V.                                   **CASE NO. 5:16-CV-75-SWW-BD**

**DALLAS COUNTY DETENTION CENTER**                                   **DEFENDANT**

**RECOMMENDED DISPOSITION**

**I.    Procedures for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge Susan Webber Wright.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.  Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Wright can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

**II.   Discussion**

On March 7, 2016, Ontario Moseley, an inmate at the Dallas County Detention Center, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983.  (Docket entry #2)  Mr. Moseley failed to submit a complete *in forma pauperis* (IFP) application.  On March 17, 2016, the Court denied Mr. Moseley's IFP application, but gave him thirty days to submit a new, complete IFP application or pay the filing fee.  (#3)  The Court

specifically warned Mr. Moseley that his claims could be dismissed if he failed to comply with the Court's order. To date, Mr. Moseley has not submitted a complete IFP application or paid the filing fee.

### III.  Conclusion

The Court recommends that Mr. Moseley's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's March 17, 2016 Order.

DATED this 20th day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE