# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ONTARIO MOSELEY**                                                          **PLAINTIFF**

**V.**                    **CASE NO. 5:16-CV-75-SWW-BD**

**DALLAS COUNTY DETENTION CENTER**                    **DEFENDANT**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Moseley's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's March 17, 2016 Order.

IT IS SO ORDERED, this 1st day of June, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE